**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 6, 2019.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-19-00423-CR

## IN RE JUSTIN JAMES JONES, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1580542**

## MEMORANDUM OPINION

On May 21, 2019, relator Justin James Jones filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Maria T.

Jackson, presiding judge of the 339th District Court of Harris County, to rule on motions he has filed and are pending in the trial court.

Relator has court-appointed representation. A criminal defendant is not entitled to hybrid representation, and the trial court is free to disregard any pro se motions filed by a defendant who is represented by counsel. *Jenkins v. State*, No. PD-0086-18, 2018 WL 6332219, at*6 n.47 (Tex. Crim. App. Dec. 5, 2018); *Robinson v. State*, 240 S.W.3d 919, 222 (Tex. Crim. App. 2007). In the absence of a right to hybrid representation, relator has not presented anything for this court's consideration. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995); *Turner v. State*, 805 S.W.3d 423, 425 n.1 (Tex. Crim. App. 1991).

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.
Do Not Publish — Tex. R. App. P. 47.2(b).